**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 12-cv-00036-REB-CBS

RAPID FUNDING, LLC, a Colorado limited liability company,

    Plaintiff,

v.

JAMES RIVER INSURANCE COMPANY, an Ohio corporation,

    Defendant.

---

**MINUTE ORDER**[1]

---

The matter is before the court on defendant's **Unopposed Motion To Withdraw Motion To Vacate and Re-Set Trial Date (Doc. 38)** [#46][2] filed August 16, 2012. The motion is **GRANTED**, and **James River's Motion To Vacate and Re-Set Trial Date Due To Scheduling Conflict** [#38] is **WITHDRAWN**.

    Dated: August 16, 2012

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

[2] "[#46]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.