IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action:12-cv-00036-REB-CBS** | FTR - Reporter Deck-Courtroom A402 |
| **Date: December 27, 2012** | Courtroom Deputy: Robin Mason |

*Parties:*  *Counsel:*

RAPID FUNDING, LLC., David K. TeSelle
 Michael S. Burg
 Thomas Willard Henderson , IV

      Plaintiff,

v.

JAMES RIVER INSURANCE COMPANY, Thomas P. Johnson
 John Michael Bowlin

      Defendant.

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:   TELEPHONIC DISCOVERY CONFERENCE**
**Court in Session:     3:30 p.m.**
Court calls case. Appearances of counsel.

The court addresses the parties regarding the plaintiff's MOTION to Strike , in part, James River's Second Supplemental Responses to Discovery Requests Pursuant to Fed. R. Civ. P. 37 (Docket No.75, filed on 12/19/2012) and the plaintiff's MOTION in Limine to Preclude Reference to James River's Post-October 1, 2012 Conduct (Docket No. 87, filed on 12/21/2012).

Discussion between the court and the parties regarding Rule 37(c), Rule (b)(2)(a), Rule 26(e), Rule 7 pertaining to the word "pleading", Rule 37(b)(2), Rule 37(b)(2)(a)ii, and interrogatory number one (1).

The plaintiff's make an oral motion to withdraw the MOTION to Strike , in part, James River's Second Supplemental Responses to Discovery Requests Pursuant to Fed. R. Civ. P. 37 (Docket No.75, filed on 12/19/2012).  The court grants the plaintiff's oral motion.

**ORDERED:**  The court shall **WITHDRAW** the plaintiff's MOTION to Strike , in part, James

      River's Second Supplemental Responses to Discovery Requests Pursuant to Fed.
      R. Civ. P. 37 (Docket No.75, filed on 12/19/2012).

Discussion between the court and the parties regarding the defendant's Joint MOTION for Hearing/Conference re #83 Order on Motion for Hearing/Conference Revised (Docket No. 84, filed on 12/21/2012).  The court makes the parties aware that this motion has not been referred.

The parties update the court as to their attempts to engage in settlement discussions.

4:08 p.m.  Off the record settlement discussion.

**ORDERED:** The parties shall put together a conference call to Magistrate Judge Shaffer's chambers (303.844.2117) on **January 4, 2013 at 11:30 a.m.**   The purpose of this conference call shall be to provide the court with an oral status report.  If after this conference call the court feels there is a realistic chance to settle this case, Magistrate Judge Shaffer will meet and confer with Judge Blackburn regarding setting a Settlement Conference.

HEARING CONCLUDED.

**Court in recess**:  **4:20 p.m.**
Total time in court: 00:50

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.