# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Civil Action No. 12-cv-00036-REB-CBS

RAPID FUNDING, LLC, a Colorado limited liability company,

    Plaintiff,

v.

JAMES RIVER INSURANCE COMPANY, an Ohio corporation,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter before me is the **Joint Motion To Dismiss with Prejudice** [#104] filed February 15, 2013. After careful review of the motion and the file, I conclude that the motion should be granted and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Joint Motion To Dismiss with Prejudice** [#104] filed February 15, 2013, is **GRANTED**;

2. That any pending motion, including, but not limited to, those papers docketed as [#27], [#62], [#63], [#74], [#79-#82], and [#84-#92] is **DENIED** as moot; and

3. That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated February 19, 2013, at Denver, Colorado.

                                                                **BY THE COURT:**

                                                                 */s/ Robert E. Blackburn*
                                                                 Robert E. Blackburn
                                                                 United States District Judge